**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Brian Swales** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2274 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–28260–JNP | |

# Order of Discharge                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian Swales

11/19/18                                              **By the court:** Jerrold N. Poslusny Jr.
                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-28260-JNP
Brian Swales                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Nov 19, 2018
                              Form ID: 3180W          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.
```
db          +Brian Swales,   69 Vaughn Avenue,   Bellmawr, NJ 08031-2912
514155436    Boscov's,   P.O. Box 71106,   Charlotte, NC 28272-1106
514155437    CAC Financial Corp.,   2601 NW Expressway-Suite 1000 East,   Oklahoma City, OK 73112-7236
514403397   +CAPITAL ONE, N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
514366979    CitiFinancial Servicing LLC,   P.O. Box 70919,   Charlotte, NC 28272-0919
514155444    Gordon's Credit Plan,   P.O. Box 183015,   Columbus, OH 43218-3015
514155446    HSBC Card Services,   POB 71104,   Charlotte, NC 28272-1104
514155448   +LVNV Funding, LLC,   C/O Faloni & Associates LLC,   165 Passaic Avenue,   Suite 301B,
             Fairfield, NJ 07004-3592
516761963    MTGLQ Investors, LP,   P.O.Box 52708,   Irvine, CA 92619-2708
516761964    MTGLQ Investors, LP,   P.O.Box 52708,   Irvine, CA 92619-2708,   MTGLQ Investors, LP,
             P.O.Box 52708,   Irvine, CA 92619-2708
514155452    Wells Fargo Bank, N.A.,   C/O Zucker, Goldberg & Ackerman, LLC,
             200 Sheffield Street-Suite 101,   P.O. Box 1024,   Mountainside, NJ 07092-0024
514375930   +Wells Fargo Bank, NA,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
             Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2018 01:14:01    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2018 01:13:58    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
514355921   +E-mail/Text: bncmail@w-legal.com Nov 20 2018 01:14:09    ALTAIR OH XIII, LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
514255502   +E-mail/Text: bncmail@w-legal.com Nov 20 2018 01:14:09    ANTIO, LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
514155435   +EDI: ACCE.COM Nov 20 2018 06:28:00    Asset Acceptance, LLC,   PO Box 2036,
             Warren, MI 48090-2036
514155441    EDI: CITICORP.COM Nov 20 2018 06:32:00    Citi Cards,   P.O. Box 183113,
             Columbus, OH 43218-3113
514155438    EDI: CAPITALONE.COM Nov 20 2018 06:32:00    Capital One,   PO Box 85619,
             Richmond, VA 23285-5619
514155439   +EDI: CAPITALONE.COM Nov 20 2018 06:32:00    Capital One Bank,   PO Box 71083,
             Charlotte, NC 28272-1083
514326890    EDI: CAPITALONE.COM Nov 20 2018 06:32:00    Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
514155440    EDI: TSYS2.COM Nov 20 2018 06:28:00    Card Services,   P.O. Box 13337,
             Philadelphia, PA 19101-3337
514155443    EDI: RMSC.COM Nov 20 2018 06:33:00    GECRB/jcp,   PO Box 960090,   Orlando, FL 32896-0090
514155447   +EDI: LTDFINANCIAL.COM Nov 20 2018 06:23:00    LTD Financial Services,
             7322 Southwest Freeway-Suite 1600,   Houston, TX 77074-2134
514404572    EDI: RESURGENT.COM Nov 20 2018 06:32:00    LVNV Funding, LLC its successors and assigns as,
             assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
514155449    EDI: PRA.COM Nov 20 2018 06:26:00    Portfolio Recovery Associates, LLC,   PO Box 12914,
             Norfolk, VA 23541
514399800    EDI: PRA.COM Nov 20 2018 06:26:00    Portfolio Recovery Associates, LLC,   c/o JC PENNEY,
             POB 41067,   Norfolk VA 23541
514399823    EDI: PRA.COM Nov 20 2018 06:26:00    Portfolio Recovery Associates, LLC,   c/o Lenscrafters,
             POB 41067,   Norfolk VA 23541
514414776    EDI: PRA.COM Nov 20 2018 06:26:00    Portfolio Recovery Associates, LLC,   c/o Lowes,
             POB 41067,   Norfolk VA 23541
514416043    EDI: PRA.COM Nov 20 2018 06:26:00    Portfolio Recovery Associates, LLC,
             c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
514784378   +EDI: PRA.COM Nov 20 2018 06:26:00    PRA Receivables Management, LLC,   POB 41067,
             Norfolk, VA 23541,   PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
514784377   +EDI: PRA.COM Nov 20 2018 06:26:00    PRA Receivables Management, LLC,   POB 41067,
             Norfolk, VA 23541-1067
517774601   +E-mail/Text: bknotices@snsc.com Nov 20 2018 01:14:50
             U.S. Bank Trust National Association, as Trustee,   C/O SN Servicing Corp.,   323 5th Street,
             Eureka, CA 95501-0305
517774602   +E-mail/Text: bknotices@snsc.com Nov 20 2018 01:14:50
             U.S. Bank Trust National Association, as Trustee,   C/O SN Servicing Corp.,   323 5th Street,
             Eureka, CA 95501,   U.S. Bank Trust National Association, as,
             C/O SN Servicing Corp. 95501-0305
514155450    EDI: URSI.COM Nov 20 2018 06:24:00    United Recovery Systems,   P.O. Box 722910,
             Houston, TX 77272-2910
514155451    EDI: RMSC.COM Nov 20 2018 06:33:00    Walmart/GECRB,   PO Box 530927,   Atlanta, GA 30353-0927
514378678   +EDI: WFFC.COM Nov 20 2018 06:30:00    Wells Fargo Bank N.A.,   3476 Stateview Blvd,
             Fort Mills. SC 29715-7200
515604193   +EDI: WFFC.COM Nov 20 2018 06:30:00    Wells Fargo Bank, N.A.,
             Attention: Bankruptcy Department,   MAC# D3347-014,   3476 Stateview Blvd.,
             Fort Mill, SC 29715-7203
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Nov 19, 2018
                              Form ID: 3180W           Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514155445*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot Credit Services,   PO Box 182676,
                  Columbus, OH 43218-2676)
514406436*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,   c/o Jc Penney,   PO Box 41067,
                  Norfolk VA 23541)
514155442     ##Citifinancial,   P.O. Box 183172,   Columbus, OH 43218-3172
                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Wells Fargo Bank, NA bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    MTGLQ Investors, LP jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Debtor Brian  Swales kfayette@kevinfayette.com
              William M.E. Powers    on behalf of Creditor    CitiFinancial Services, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiFinancial Services, Inc. ecf@powerskirn.com
                                                                                              TOTAL: 9
```